UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Juan Elias Sogso Toasa**

    **V.**

                         **CIVIL ACTION NO. 1:26-cv-11108-MJJ**


**Noem et al**


### ORDER OF DISMISSAL


**JOUN, D.J.**

    **In accordance with the Respondents' Status Report dated March 13, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.**


                                      /s/ Sophie Phillips

April 16, 2026                    --------------------------
                                      **Deputy Clerk**